# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3246

_____

| | | |
|---|---|---|
| T. J. Allnew, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| The City of Duluth; Jim Mlodozyniec, | * | |
| individually and as Duluth Housing | * | Appeal from the United States |
| Inspector; David Mattson, individually | * | District Court for the District |
| and as Duluth Fire Marshal; Jon | * | of Minnesota. |
| Helstrom; Jack Ball; Lynn Beechler; | * | |
| James Berry; Duane Flynn; Joe Johnson; | * | [UNPUBLISHED] |
| David Krech; Ed Shamblott; Clair | * | |
| Strandlie; Dick Whitney; Jerry | * | |
| Thompson, individually and as members | * | |
| of the Duluth Board of Appeals, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  July 30, 1999
Filed:  August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

T. J. Allnew's pro se appeal has been submitted on the briefs.  Having considered the record and the parties' submissions, we agree with the district court that Allnew

lacked standing to sue public officials enforcing municipal housing and fire codes against Allnew's landlords. We thus conclude the district court correctly dismissed Allnew's lawsuit for want of subject matter jurisdiction. Because our review involves the application of established principles of law and believing that an extended discussion will serve no useful purpose, we affirm the district court without further discussion. See 8th Cir. R. 47B. We also deny Allnew's motion for a special hearing and for sanctions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.